# IN THE SUPREME COURT OF THE STATE OF NEVADA

TIMMY JOHN WEBER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 72734



FILED

JUL 2 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an amended judgment of conviction. Eighth Judicial District Court, Clark County; Douglas Smith, Judge. Upon review of the documents and briefs submitted in this matter, we conclude that appellant was not aggrieved by the amendment to his judgment of conviction as contemplated by NRS 177.015 (providing that the party aggrieved in a criminal action may appeal in certain circumstances). Appellant's argument to the contrary is unavailing as it is focused not on the amendment to the judgment of conviction but instead on the district court's refusal to grant him additional relief that he requested in a postconviction proceeding. That decision, which would be separately appealable under NRS 34.575(1), is not designated in the notice of appeal. Accordingly, we cannot consider it in this appeal. *See Abdullah v. State*, 129 Nev. 86, 90-91, 294 P.3d 419, 421-22 (2013) (discussing "general rule that an appealable judgment or order that is not designated in the notice

18-28631

cannot be considered on appeal"). Because appellant is not aggrieved by the amended judgment of conviction, we

ORDER this appeal DISMISSED.

_____, C.J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Douglas Smith, District Judge
      Federal Public Defender/Las Vegas
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk